# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-818-592

**Effective date of registration:**

May 9, 2012

## Title

**Title of Work:** D103M

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Barry Nisguretsky

**Author Created:** jewelry design

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification

**Name:** BARRY NISGURETSKY

**Date:** May 9, 2012



# EXHIBIT B

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-818-572

**Effective date of
registration:**

May 9, 2012

---

## Title
**Title of Work:** D104P

## Completion/Publication
**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2012  **Nation of 1st Publication:** United States

## Author
- **Author:** Barry Nisguretsky

**Author Created:** jewelry design

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Barry Nisguretsky

132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification

**Name:** BARRY NISGURETSKY

**Date:** May 9, 2012

---

Exhibit B
Page 20



# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-818-604

**Effective date of registration:**

May 9, 2012

---

## Title

**Title of Work:** D104R

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Barry Nisguretsky

**Author Created:** jewelry design

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification

**Name:** BARRY NISGURETSKY

**Date:** May 9, 2012

---

Exhibit C
Page 22

Page 1 of 1



Exhibit C
Page 23

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-818-461**

**Effective date of registration:**

May 10, 2012

## Title

**Title of Work:** D111

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2012     **Nation of 1st Publication:** United States

## Author

■     **Author:** Barry Nisguretsky

**Author Created:** jewelry design

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification

**Name:** BARRY NISGURETSKY

**Date:** May 10, 2012

Page 1 of 1

Exhibit D
Page 24



Exhibit D

Page 25

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-818-438

**Effective date of registration:**

May 11, 2012

## Title

**Title of Work:** D123R

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2012    **Nation of 1st Publication:** United States

## Author

- **Author:** Barry Nisguretsky

**Author Created:** jewelry design

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky

132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification

**Name:** BARRY NISGURETSKY

**Date:** May 11, 2012

Exhibit E
Page 26



**EXHIBIT F**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-837-805

**Effective date of
registration:**

November 15, 2012

---

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

       **Title of Work:** D-133RD

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━

     **Year of Completion:** 2012

  **Date of 1st Publication:** January 1, 2012      **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

    ■    **Author:** Barry Nisguretsky

    **Author Created:** jewelry design

       **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━

    **Copyright Claimant:** Barry Nisguretsky

         132 west 36th street, 8th floor, New York, NY, 10018, United States

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

      **Name:** Barry Nisguretsky

       **Date:** November 15, 2012

---

                          Page 1 of 1



# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 996-693

**Effective date of registration:**

June 9, 2008

## Title ───────────────────────────

**Title of Work:** INS-7001

**Nature of Work:** Jewelry Design

## Completion/ Publication ──────────────

**Year of Completion:** 2008

## Author ──────────────────────────

**Author:** Barry Nisguretsky

**Author Created:** Jewelry design

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1966

**Anonymous:** No                          **Pseudonymous:** No

## Copyright claimant ─────────────────

**Copyright Claimant:** Barry Nisguretsky

c/o Verragio, 132 W. 36th St, 8th Floor, New York, NY 10018

## Limitation of copyright claim ──────────

**Previously registered:** No

## Certification ───────────────────────

**Name:** Barry Nisguretsky

**Date:** June 12, 2008



**EXHIBIT H**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-398-941**

U00001398941

EFFECTIVE DATE OF REGISTRATION

2  5  07
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**   Title of This Work ▼
PAR-3003R

NATURE OF THIS WORK ▼ See Instructions
JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼         Issue Date ▼         On Pages ▼

---

**2**
**a** NAME OF AUTHOR ▼
BARRY NISGURETSKY

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1966

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  U.S.A
      Domiciled in

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work

**NOTE**
Under the law the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
      Domiciled in

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**
**a** Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 12   Day 1   Year 2006
USA    Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
BARRY NISGURETSKY C/O VERRAGIO
132 W 36 ST, 8TH FLR
NEW YORK, NY 10018

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space.

APPLICATION RECEIVED
FEB 05 2007
ONE DEPOSIT RECEIVED
FEB 05 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages



# EXHIBIT I

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,336,434**

**Registered May 14, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

VERRAGIO LTD. (NEW YORK CORPORATION)
132 WEST 36TH STREET, 8TH FLOOR
NEW YORK, NY 10018

FOR: JEWELRY MADE OF PRECIOUS AND SEMI-PRECIOUS GEMSTONES AND METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-15-2008; IN COMMERCE 4-15-2008.

THE MARK CONSISTS OF THE CONFIGURATION OF A CREST IN THE SHAPE OF A CROWN WITH THREE POINTS FEATURED AS A PART OF A RING DESIGN. THE BROKEN LINES SHOWN IN THE DRAWING ARE INTENDED ONLY TO SHOW THE POSITION OF THE MARK AND ARE NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 85-497,442, FILED P.R. 12-16-2011; AM. S.R. 3-15-2013.

RENEE MCCRAY, EXAMINING ATTORNEY



*Acting Director of the United States Patent and Trademark Office*

Exhibit I

Page 34

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Page: 2 / RN # 4,336,434

Exhibit I
Page 35

**EXHIBIT J**



# SUPER BELL

PRODUCTS   SHOP BY COLLECTION   SHOP BY GEMSTONE   BRIDAL   NEW ARRIVALS   CATALOG

Home › Ring › Silver Ring › White Silver Silver Ring

## White Silver Silver Ring

ITEM CODE: 0691CZRSTRA311
48dcz1 3D 2.74g Silver

See item details

METAL   White Silver

OUR PRICE
## $70.00

QTY   1
Qty AVAIL.: 1

ADD TO CART

Call Us at 1-800-884-3888
Email Us at info@superbelljewelry.com

ITEM DETAIL   SHIPPING & PACKAGING

### Ring Information

STYLE NUMBER      0691CZRSTRA311
METAL             White Silver
METAL WEIGHT      2.74

### Gem Stone Information

STONE             Cubic Zirconium
SHAPE             Round
CARAT WEIGHT      1.00
NUMBER OF STONES  48

# SUPER BELL

PRODUCTS    SHOP BY COLLECTION    SHOP BY GEMSTONE    BRIDAL    NEW ARRIVALS

Home - Ring - Silver Ring - White Silver Silver Ring

## White Silver Silver Ring

ITEM CODE: 0702CZR5TRA31

64dcz 50 2.49g Silver

See item details

METAL    White Silver

QTY    1

Qty. AVAIL: 1

OUR PRICE
## $82.00

ADD TO CART 🛒

📞 Call Us at 1-800-884-3888

✉ Email Us at info@superbelljewelry.com



SHIPPING & PACKAGING

ITEM DETAIL



# SUPER BELL

PRODUCTS  SHOP BY COLLECTION  SHOP BY GEMSTONE  BRIDAL  NEW ARRIVALS  CATALO

Home › Ring › Silver Ring › White Silver Silver Ring





## White Silver Silver Ring

ITEM CODE: 0690CZRSX0TA3T

71 nt cz /42-3.32g Silver

See item details

METAL:  White Silver  ▸

OUR PRICE

**$75.00**

QTY

1

Qty AVAIL: 3

**ADD TO CART** 🛒

📞 Call Us at 1-800-884-3888

✉ Email Us at info@superbelljewelry.com

ITEM DETAIL

SHIPPING & PACKAGING

### Ring Information

STYLE NUMBER  0690CZRSX0TA3T

METAL  White Silver

METAL WEIGHT  3.32

### Gem Stone Information

STONE  Cubic Zirconium

SHAPE  Round

NUMBER OF STONES  71

Exhibit J
Page 40



